# United States Court of Appeals
#### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 13-1019**　　　　　　　　　　　**September Term, 2012**

MDE Letter dated January 17, 2013

**Filed On:** August 8, 2013

Dominion Transmission, Inc.,

    Petitioner

    v.

Robert Summers, in his official capacity as Secretary of the Maryland Department of the Environment and Maryland Department of the Environment,

    Respondents

------------------------------

Myersville Citizens for a Rural Community, Inc.,

    Intervenor

**BEFORE:**　　Henderson, Griffith, and Kavanaugh, Circuit Judges

### O R D E R

Upon consideration of petitioner and respondents' joint proposed schedule, it is

**ORDERED** that the proposed joint schedule be adopted as to the actions and the party assigned to complete them. The dates set forth in the schedule be revised as follows:

| | |
|---|---|
| Action No. 1 | August 12, 2013 |
| Action No. 2 | August 14, 2013 |
| Action No. 3 | August 16, 2013 |
| Action No. 4 | August 30, 2013 |
| Action No. 5 | August 30-September 13, 2013 |

# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 13-1019**                                                              **September Term, 2012**

| | |
|---|---|
| Action No. 6 | September 17, 2013 |
| Action Nos. 7-9 | December 10, 2013 |
| Action No. 10 | Week of January 13, 2014 (snow date week of January 20, 2014) |
| Action No. 11 | January 10-March 10, 2014 |
| Action Nos. 12-14 | June 9, 2014 |

It is

     **FURTHER ORDERED** that in the event any of the above scheduled events is delayed due to the actions or inaction by petitioner, the time for completion of the scheduled event shall be delayed by the same amount of time caused by petitioner's delay. Additionally, if the Maryland Department of the Environment ("MDE") cannot deem the petitioner's air quality permit application administratively complete by August 16, 2013, because both MDE and petitioner mutually agree that petitioner must submit further documentation to show compliance with the applicable local zoning and land use requirements, the parties are to revise the schedule to commence upon petitioner's showing of compliance and new dates shall be established for proceeding with the permit application process.

<u>**Per Curiam**</u>

        **FOR THE COURT:**
        Mark J. Langer, Clerk

BY:   /s/
        Jennifer M. Clark
        Deputy Clerk